PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1934
_____

MD MALL ASSOCIATES, LLC
Trading as MacDade Mall Associates, L.P.,
                                        Appellant,


v.


CSX TRANSPORTATION , INC.


_____


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 11-cv-4068)
District Judge:  Hon. Juan R. Sanchez

_____


Argued
January 8, 2013

Before:  RENDELL, FISHER, and JORDAN, *Circuit Judges*.

(Filed: April 30, 2013)

_____

Marc B. Kaplin   [ARGUED]
Pamela M. Tobin
Kaplin, Stewart, Meloff, Reiter & Stein
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA   19422
        *Counsel for Appellant*

Richard P. Caldarone
Andrew Tauber   [ARGUED]
Mayer Brown
1999 K Street, NW
Washington, DC   20006

Heather M. Gamache
John E. Young, IV
Flynn & Wirkus
1500 John F. Kennedy Blvd. - #312
Philadelphia, PA   19102
        *Counsel for Appellee*

_____

ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

At the top of page 21, in the sentence beginning "The railroad's argument", "in *Strozyk*" shall be deleted, and, in the citation that follows, "*Stozyk*, 358 F.3d at 273" shall be deleted and replaced with "*See supra* at 18-19".

On page 22, following the cite to "*Cowden v. BNSF Ry. Co.*, … (E.D. Mo. 2010)" insert: "*rev'd on other grounds*, 690 F.3d 884, 893-94 (8th Cir. 2012) (reversing as premature the grant of summary judgment because the district court had raised FRSA regulations for the first time *sua sponte* and did not give plaintiff an opportunity to 'submit[] evidence of FRSA violations' or to separately evaluate whether railroad breached duty imposed by FRSA)".

/s/ Kent A. Jordan
Circuit Judge

DATED: May 30, 2013
PDB/cc: All Counsel of Record